ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY BORNSTEIN (CABN 99358)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7289
   FAX: (415) 436-7234
   Jeffrey.bornstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00577-RFL |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| CESIA RAMIREZ-BARAHONA, | |
| Defendant. | |

On November 14, 2024, defendant Cesia Ramirez-Barahona was charged by Indictment with the distribution of fentanyl, and possession with the intent to distribute fentanyl, occurring on or about April 22, 2024, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and with aiding and abetting another individual in the same, in violation of Title 18 U.S.C. § 2.

This matter came before the Court on December 4, 2024, for a detention hearing. The defendant was present and represented by Mathew Dirkes and was assisted by a Court Certified Spanish Interpreter. Assistant United States Attorney Jeffrey Bornstein appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. There was also a Pretrial Services Bail Study and a Detention Memo filed by the United States.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, by a preponderance of the evidence, the Court finds that no condition or combination of conditions will reasonably assure the defendant's appearance, and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusions: the Court finds that the Defendant failed to follow other court orders following her state court arrest and the release conditions set therein by the state court, and that her alleged fentanyl drug dealing activity presents a clear and continuing danger to the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 6, 2024

*Sallie Kim*
HONORABLE SALLIE KIM
United States Magistrate Judge